# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>A cellular telephone, dark in color, that is currently located in the possession of the Gila River Police Department, 637 West Gu U Ki Street, Sacaton, Arizona 85147 | Case No.   26-9006 MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As described in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before    2/23/2026    .
                                                                                      *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)     ☐ for 30 days *(not to exceed 30)*
                                                                ☐ until, the facts justifying, the later specific date of                           .

Date and time issued:   2/9/2026 @ 4:45pm                    *EsWillett*
                                                                                              *Judge's signature*

City and State: Phoenix, Arizona                    Honorable Eileen S. Willett, U.S. Magistrate Judge
                                                                                  *Printed name and title*

## ATTACHMENT A

## LOCATION TO BE SEARCHED

This warrant applies to a dark colored cellular telephone (TARGET TELEPHONE), which is in the possession of the Gila River Police Department (GRPD), currently stored at the Gila River Police Department, 637 West Gu U Ki Street, Sacaton, Arizona 85147. The device, pictured below, was recovered on a road in Sacaton where the homicide occurred and subsequently taken into custody by the GRPD.



## ATTACHMENT B

### ITEMS TO BE SEIZED

a. All records including call records, text messages, email, device locations, GPS locations, or third-party applications on TARGET TELEPHONE described in Attachment A that relate to a violation of Title 18, United States Code, §§ 1153, 1111, described in the Affidavit;

b. Evidence of user attribution showing who used or owned TARGET TELEPHONE at the time the items described in this warrant were created, edited, or deleted, such as logs, phonebooks, text messages, calls, saved usernames and passwords, and documents;

c. Location;

d. Any and all correspondence, including but not limited to telephone calls, messages, chat logs, and emails;

e. Any and all notes, documents, records, instructions, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning assault; and,

f. Any contacts, friends lists, address books, or related items.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-9006mB | 02/18/2026 at 11:20 am MST | FBI CART |

Inventory Made in the Presence of:

FBI CART

Inventory of the property taken and name of any person(s) seized:

Data pending from FBI CART

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/18/2026

_Amanda Pike_
Executing officer's signature

Amanda Pike - FBI Special Agent
Printed name and title